## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

STATE AUTO PROPERTY AND                )
CASUALTY INSURANCE COMPANY,             )
                                        )
    Plaintiff,                           )
v.                                      )          Case No. 21-CV-1117-JPG
                                        )
KENNETH GRASLE,                         )
                                        )
    Defendant.                           )
                                        )

## JUDGMENT IN A CIVIL ACTION

IT IS ORDERED AND ADJUDGED that pursuant to the Stipulation of Dismissal filed

July 18, 2022 (indicating that the parties stipulate to dismissal with prejudice of this action in its

entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED

with prejudice.


DATED: July 19, 2022                    MONICA A. STUMP, Clerk of Court
                                        s/Tina Gray, Deputy Clerk



**Approved:**    s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**